# United States Court of Appeals

## For the Eighth Circuit

_____

No. 17-3327

_____

Michael Smith

*Plaintiff - Appellant*

v.

Republic Services, Inc.; Wholly Owned Subsidiaries Operating Landfill Allied
Services, LLC, doing business as Republic Services of Bridgeton, doing business
as Allied Waste Services of Bridgeton

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: October 5, 2018
Filed: October 12, 2018
[Unpublished]

_____

Before LOKEN, COLLOTON, and STRAS, Circuit Judges.

_____

PER CURIAM.

Michael Smith appeals the dismissal of his second amended complaint, which
alleged state-law claims for nuisance and negligence and a federal claim under the
Comprehensive Environmental Response, Compensation, and Liability Act.  Having

carefully reviewed the record and the parties' arguments on appeal, we conclude that the district court[1] did not err in dismissing Smith's second amended complaint. *See* Fed. R. Civ. P. 8(a), 10(b), 12(b)(6).

We affirm the judgment of the district court. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.